UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SERGIO REYES-BROOKS,

                Petitioner,

   v.

MIKE OBENLAND,

                Respondent.

Case No. C14-1932 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the Objections to that,[1] and the remaining record, finds and **Orders** as follows:

    1.    The Report and Recommendation is **ADOPTED**;

    2.    Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED** with prejudice;

    3.    Petitioner is **DENIED** issuance of a certificate of appealability; and

    4.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 27th day of March 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

[1] Judge Tsuchida issued his R&R on March 3, 2015. Dkt. #12. On March 9, 2015, Petitioner filed "Petitioner's Reply to Respondent's Answer". Dkt. #13. The Court has deemed that Reply to be Petitioner's Objections to the R&R, and has fully considered that document upon review of this matter.

ORDER OF DISMISSAL- 1